Kevin J. McInerney, Esq. (46941)
kevin@mcinerneylaw.net
Kelly McInerney, Esq. (200017)
kelly@mcinerneylaw.net
Charles A. Jones, Esq. (224915)
caj@mcinerneylaw.net
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:   (775) 849-3811
Facsimile:   (775) 849-3866

James F. Clapp, Esq. (145814)
jclapp@sdlaw.com
Zachariah P. Dostart, Esq. (255071)
zdostart@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:   (858) 623-4200
Facsimile:   (858) 623-4299

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC POWERS ZAHM,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Civil Case No. 3:10-cv-02513 EMC<br><br>**STIPULATION OF DISMISSAL** |

1    STIPULATION OF DISMISSAL

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1).
4
5
6  Dated: January 23, 2012
7
8  _____
   Kevin J. McInerney
   *Attorney for Plaintiff*
9
10 Dated: January 17, 2012
11
12 _____
   Lindbergh Porter, Jr.
   *Attorney for Defendant*
13
14 IT IS SO ORDERED.
15
16 _____
17 Edward M. Chen
   U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

**PROOF OF SERVICE**
*Zahm v. Wells Fargo Bank, N.A.*
**United States District Court, Northern District of California**
Case No. 3:10-cv-02513 EMC

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On January 24, 2012, I served the foregoing document(s) described as:

    STIPULATION OF DISMISSAL

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lindbergh Porter, Jr., Esq. | James F. Clapp, Esq. |
| lporter@littler.com | jclapp@sdlaw.com |
| Richard H. Rahm, Esq. | Zachariah P. Dostart, Esq. |
| rrahm@littler.com | zdostart@sdlaw.com |
| LITTLER MENDELSON, PC | DOSTART CLAPP & COVENEY, LLP |
| 650 California St., 22nd Floor | 4370 La Jolla Village Drive, Suite 970 |
| San Francisco, CA 94108 | San Diego, CA 92122 |
| Telephone: (415) 433-1940 | Telephone: (858) 623-4200 |
| Facsimile: (415) 399-8490 | Facsimile: (858) 623-4299 |

XX  By CM/ECF.  I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on January 24, 2012 at Reno, Nevada.

                                      _/s/ Jennifer Smith_
                                      Jennifer Smith